

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-55,687-06

### IN RE MILTON VERAN WILLIAMS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. F9573890-NL IN THE CRIMINAL DISTRICT COURT NO. 5 FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he sent a motion for judgment *nunc pro tunc* to the Criminal District Court No. 5 District Court of Dallas County on March 16, 2015, and that he enclosed a self-addressed, stamped envelope with a request to return a file-stamped copy of the motion to him. Relator alleges that the Dallas County District Clerk has not responded or filed his motion, and has not returned a file-marked copy to him as requested.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Dallas County, is ordered to file a response stating whether Relator's motion for judgment *nunc pro tunc*

was received and filed by the Clerk, and if so, when.  The response shall also state whether a copy of the file-stamped motion was returned to Relator, and if not, why not.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.


Filed: June 3, 2015
Do not publish